UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

John Doe #7 [son D.O.B. 02/22/57] (
Mr. John Doe [Biological Father/deceased D.O.B. 01/23/1918] (
Mrs. Jane Doe [Birth Mother D.O.B. 07/04/1923 and 07/03/1921 (
John Doe #1 [son D.O.B. 11/21/39] John Doe #2 [son/deceased D.O.B. 07/05/47] (
Jane Doe #3 [daughter/deceased D.O.B. 08/18/48] Jane Doe #4 [D.O.B. 10/22/49] (
John Doe #5 [son D.O.B. 11/13/52] Jane Doe #6[daughter D.O.B. 11/13/52] (
John Doe #8 [son/murdered D.O.B. 01/27/59] John Doe #9[son D.O.B. 10/08/60] (
Et al. (
PLAINTIFF[s]

CIVIL ACTION
Jury Trial
$126,001,406.00

v.

UNITED STATES OF AMERICA - #1 (
U.S. Attorney Northern Dist.– Patrick J. Fitzgerald, Asst. U.S. Atty. David Hoffman (
U.S. Clerk of Court N.D. Thimas G. Bruton a/k/a/ Thomas G. Bruton
U.S. Department of Health Education & Welfare. - Kathleen Sebelius -Secretary
U.S. Post Master General – John Potter a/k/a John E. Potter / Patrick R. Donahoe
U.S. State Dept – Hillary Rodham Clinton-Secretary
U.S. Treasury Dept – Timothy F. Geithner –Secretary
F.B.I. Special Agent n Charge Chicago Robert Grant a/k/a Robert D. Grant
STATE OF ILLINOIS – #2
Gov. Pat Quinn/ Atty. General Lisa Madigan / Comptroller Daniel W. Hynes (
Comptroller Judy Barr Topinka / Secretary of State Jesse White/ (
Dept of Financial and Professional Regulations / (
COOK COUNTY - #3 (
State's Attorney Anita Alvarez, Richard Devine a/k/a Dick Devine, (
Special Prosecutor Scott Cassidy a/k/a Scott E. Cassidy / (
Clerk of Court Dorothy Brown, Clerk David D. Orr a/k/a David Orr / (
Treasurer Maria Pappas / Sheriff Thomas J. Dart (
CITY OF CHICAGO - #4 (
Mayor Rahm Emanuel / Mayor Richard M. Daley / (
Alderman Dan Solis a/k/a Danny Solis a/k/a Daniel Solis (
JP MORGAN CHASE - #5 (
JP MORGAN CHASE BANK / JP MORGAN CHASE HOME FINANCE / (
Chairmen William Daley a/k/a Bill Daley, Chairman James Dimon a/k/a Jamie Dimon (
Branch Manager Helen Bagianis,
FLAGSTAR BANK (Michigan) - #6 (
Joseph P. Campanelli – CEO / Perry Kendall – V.P. Sales (
DODGE CHRYSLER JEEP / SOUTH CHICAGO DODGE - # 7 (
FORD MOTOR COMPANY / FORD CREDIT COMPANY - #8 (
William Ford Jr. Pres., Michael Bannister – Pres. (
HEIL HEIL SMART & GOLEE - #9 (
Bonnie Davis a/k/a Bonnie Escalante - (
Et al.
Defendant[s]

12cv9052
Judge Suzanne B. Conlon
Mag. Judge Daniel G. Martin

FILED
NOV - 9 2012
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

COMPLAINT

RACKETEER INFLUENCED AND CORRUPT ORGANIZATIONS ACT

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

As citizens of the United States of America, plaintiffs hereby state that from 1918 through 1996, Plaintiff's lives were as normal as most African American citizens, born in the United States of America, during that time.

PLAINTIFF'S:
Mr. John Doe [Biological Father/deceased 08/21/1982 - D.O.B. 01/23/1918], Mrs. Jane Doe [Birth Mother D.O.B. 07/04/1923 and 07/03/1921], Plaintiff John Doe #1 [son D.O.B. 11/21/39] Former Halls Rental, Modern Lights, receiving Social Security. Plaintiff John Doe #2 [son/deceased 12/27/2004 - D.O.B. 07/05/47], former 1967 U.S. Army (Viet-Nam Era) service member dishonorably discharged and suspiciously granted a General Discharge in 2003. Plaintiff Jane Doe #3 [daughter/deceased 02/08/1979 - D.O.B. 08/18/48] former City of Chicago Dept of Health employee. Plaintiff Jane Doe #4 [D.O.B. 10/22/49] former Cook County clerical, receiving Social Security. Plaintiff John Doe #5 [son D.O.B. 11/13/52] former City of Chicago Firefighter, U. S. Postal Service, Sears Roebuck Co. Plaintiff Jane Doe #6[daughter D.O.B. 11/13/52] former City of Chicago ept of Health, Health Care employee. Plaintiff John Doe #7 [son D.O.B. 02/22/57] former Federal Reserve Bank of Chicago mail sorter, former Cook County Sheriff Correctional Officer, Retired Chicago Police Officer Star#17259 employee no. 637012 altered to Employee no.12916, Author of the Book "Truth or Treason" 1st,2nd,3rd,4th,5th editions (manuscript, paper back) filed with the Library of Congress Registrar of Copyrights Maria A. Pallante or current Registrar in 2012. Plaintiff John Doe #8[son D.O.B. 01/27/59] murdered approx. 08/17/1998, while in care of Defendant #2 [STATE OF ILLINOIS], Plaintiff John Doe #9[son D.O.B. 10/08/60] currently unemployed, supported by petitions, complaints, book/work Truth or Treason" 1st,2nd,3rd, 4th 5th Edition and paper back Truth or Treason 5th edition with additions, etc.

In 1998 (Approx.), through 2012, Plaintiff John Doe #7 [son D.O.B. 02/22/57] and others exposed discrimination involving two major Oil Companies conducting business in the State of Illinois, Indiana, Michigan, Wisconsin, Ohio, Kentucky and Pennsylvania. After exposing the above discrimination Defendants #1 [UNITED STATES OF AMERICA], #2 [STATE OF ILLINOIS], #3[COOK COUNTY], #4[CITY OF CHICAGO], #5[JP MORGAN CHASE], #6[FLAGSTAR BANK], #7 [ SOUTH CHICAGO DODGE CHRYSLER, JEEP], #8 FORD MOTOR COMPANY], #9 [HEIL HEIL SMART & GOLEE], conspired with others or knew or should have known that their offices, agents, etc., conspired with others, involving acts of racketeering, theft, murder, child pornography, concealment of a death, retaliatory investigations into the personal, financial and religious lives of Plaintiffs, to punish Plaintiff's and others for exposing discrimination involving two Oil Companies conducting business in the United States of America and the financial abuse of the Chicago Police Pension Fund a/k/a/ the Retirement Board of the Policemen's Annuity & Benefit Fund, supported by petitions, complaints, book/work Truth or Treason" 1st,2nd,3rd, 4th 5th Edition and paper back Truth or Treason 5th edition with additions, etc.

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

In 1999 (Approx.), Defendant #4 City of Chicago [Mayor Richard M. Daley] mailed and altered the home address of Plaintiff John Doe #7 [son D.O.B. 02/22/57] a Chicago Police Officer and listed the address as 1812 South Clark Street, omitting Unit -12 a/k/a/ Unit 12-C. Defendant #1 [U.S. Postal Service] out of 18 condo mail boxes that displayed no name tags, only the number 1 through 18, delivered a City of Chicago employee package to mail box #12. Defendant's, conspired with others or knew or should have known that their offices, agents, etc., conspired with others, involving acts of racketeering, theft, murder, child pornography, concealment of a death, retaliatory investigations into the personal, financial and religious lives of Plaintiffs, to punish Plaintiff's and others for exposing discrimination involving two Oil Companies conducting business in the United States of America and the financial abuse of the Chicago Police Pension Fund a/k/a/ the Retirement Board of the Policemen's Annuity & Benefit Fund, supported by petitions, complaints, book/work Truth or Treason" 1st,2nd,3rd, 4th 5th Edition and paper back Truth or Treason 5th edition with additions, etc.

In 2002 (Approx.), Defendant #5 JP MORGAN CHASE [William or Bill Daley, James or Jamie Dimon Chairmen] purchased servicing rights from Defendant #6 FLAGSTAR BANK (Michigan) to Plaintiff's Home Mortgages, altered information and assigned a New Mortgage Loan# 1986684420 @ 6.125% and New Mortgage Loan# 1692005039 @ 6.875%. Defendant #5, JP MORGAN CHASE [William or Bill Daley, James or Jamie Dimon Chairmen] thereafter accepted, collected and invested monthly payments from Plaintiff John Doe #7 [son D.O.B. 02/22/57] and others. In 2008, (approx.) Defendant #5 JP MORGAN CHASE [witness William or Bill Daley James or Jamie Dimon Chairmen and others] embezzled funds, etc., from the personal bank account of Plaintiff's John Doe #7 [son D.O.B. 02/22/57] and Mrs. Jane Doe [Birth Mother D.O.B. 07/04/1923 and 07/03/1921], without authorization, etc., from Plaintiff's to pay monthly mortgage payments, etc., on New Mortgage Loan# 1692005039 @ 6.875% but did not send and/or would not send a monthly mortgage statement for payments, taxes, interest and escrow payments being made and /or received. Defendant's, conspired with others or knew or should have known that their offices, agents, etc., conspired with others, involving acts of racketeering, theft, murder, child pornography, concealment of a death, retaliatory investigations into the personal, financial and religious lives of Plaintiffs, to punish Plaintiff's and others for exposing discrimination involving two Oil Companies conducting business in the United States of America and the financial abuse of the Chicago Police Pension Fund a/k/a/ the Retirement Board of the Policemen's Annuity & Benefit Fund, supported by petitions, complaints, book/work Truth or Treason" 1st,2nd,3rd, 4th 5th Edition and paper back Truth or Treason 5th edition with additions, etc.

In 2002 (approx.), through 2012 Defendant #3 COOK COUNTY [Treasurer Maria Pappas] knowingly and intentionally and/or knew or should have known that the Treasurer's Office, Defendant #5 [JP MORGAN CHASE - New Mortgage #1986684420 @ 6.125%] and others collected, etc., from Plaintiff John Doe #7 [son D.O.B. 02/22/57] and others, Chicago Property Taxes and used, accepted, invested, charged fees, interest payments, and other fees, etc., for and/or on behalf of Chicago Urban Trans. Dist., Water Reclamation Dist., Parks-Museum/Aquarium Bond, Chicago Park Dist., School Finance Authority, Board of Education, Chicago Comm. College Dist., TIF-Chicago-River South, Chicago Library Fund, City of Chicago, Forest Preserve Dist., County of Cook, Cook County Health Facil., that Defendant #3 COOK COUNTY [Treasurer Maria Pappas], Defendant #5 [JP MORGAN CHASE -New Mortgage Loan# 1692005039 6.875%] and others collected, etc., from Plaintiff John Doe #7 [son

D.O.B. 02/22/57] and others, Village of Hillside Property Taxes and used, accepted, invested, charged fees, interest payments, etc., and other fees, for and/or on behalf of the Suburban TB Sanitarium, Des. Pl. Vall. Mosquito Dist., Water Reclamation Dist, Triton Coll. Dist. 504, High School Dist 93, Hillside Library Fund, Village of Hillside, Proviso Mental Health Dist, Road & Bridge Proviso, Proviso Gen. Asst., Town of Proviso, Forest Preserve Dist, Consolidated Elections, County of Cook, Cook County Public Safety, Cook County Health Facil., and that all defendants knew or should have known that their offices, agents, etc., engaged in a conspiracy to commit racketeering, theft, obstruction, child pornography, intimidation, blackmail, and cover up the murder investigation of Plaintiff John Doe #8[son/murdered D.O.B. 01/27/59], concealment of the death of Plaintiff Mr. John Doe [Biological Father/deceased D.O.B. 01/23/1918], supported by petitions, complaints, book/work Truth or Treason" 1st,2nd,3rd, 4th 5th Edition and paper back Truth or Treason 5th edition with additions, etc.

In 2002 (approx.), Defendant #3 COOK COUNTY [David D. Orr a/k/a David Orr - Clerk] knowingly and intentionally and/or knew or should have known that the Office of the Clerk engaged in a conspiracy, charged Plaintiff John Doe #5 [son D.O.B. 11/13/52] a fee for a certified copy of a "Birth Certificate" but on two occasions, Defendant #3 COOK COUNTY [David D. Orr a/k/a David Orr - Clerk], altered, changed, etc., and issued a document called a Certification of Birth omitting and concealing the first name of Plaintiff John Doe #5 [son D.O.B. 11/13/52] from the Certification of Birth and concealed, omitted the names of his birth parents. That again in 1994, Defendant #3 COOK COUNTY [David D. Orr a/k/a David Orr - Clerk] knowingly and intentionally and/or knew or should have known that the Office of the Clerk, its agents, etc., while engaged in a conspiracy charged Plaintiff Jane Doe #4 [D.O.B. 10/22/49] a fee for a certified copy of a "Birth Certificate" but altered and issued a document called a Certification of Birth to conceal and omit the name of her birth parents, to aid others. Defendant #3 COOK COUNTY [David D. Orr a/k/a David Orr - Clerk] charged fee's, invested funds, etc., received from Plaintiff's and knew or should have known that the Clerk's Office engaged in a conspiracy to commit racketeering, theft, obstruction, wiretap, intimidation, child pornography, etc., while collecting fee's, taxes, etc., and cover up the murder investigation of Plaintiff John Doe #8[son/murdered D.O.B. 01/27/59], concealment of the death of Plaintiff Mr. John Doe [Biological Father/deceased D.O.B. 01/23/1918], supported by petitions, complaints, book/work Truth or Treason" 1st,2nd,3rd, 4th 5th Edition and paper back Truth or Treason 5th edition with additions, etc.

Defendant #3 COOK COUNTY [David D. Orr a/k/a David Orr - Clerk] aided by [COOK COUNTY Housing Court], Defendant #1 [U.S. POSTAL SERVICE], Defendant #7 DODGE CHRYSLER JEEP-SOUTH CHICAGO DODGE, etc., knowingly and intentionally and/or knew or should have known that the Office of the Clerk and others engaged in a conspiracy of intimidation, obstruction, etc., involving the voting rights of Plaintiff's Mrs. Jane Doe [Birth Mother D.O.B. 07/04/1923 and 07/03/1921], Plaintiff John Doe #5 [son D.O.B. 11/13/52], Jane Doe #6[daughter D.O.B. 11/13/52] and knew or should have known that their offices, agents, etc., conspired with others, involving acts of racketeering, theft, murder, child pornography, blackmail, wiretap, concealment of a death, retaliatory investigations into the personal, financial and religious lives of Plaintiffs, cover up the murder investigation of Plaintiff John Doe #8[son/murdered D.O.B. 01/27/59], concealment of the death of Plaintiff Mr. John Doe [Biological Father/deceased D.O.B. 01/23/1918], to punish Plaintiff's and others for exposing discrimination involving two major Oil Companies conducting business in the United States of America and the financial abuse of the Chicago Police Pension Fund a/k/a/ the Retirement Board of the Policemen's Annuity & Benefit Fund [Ex. Director John J. Gallagher Jr.] supported by petitions,

complaints, book/work Truth or Treason" 1st,2nd,3rd, 4th 5th Edition and paper back Truth or Treason 5th edition with additions, etc.

In 2003 (Approx.), After purchasing servicing rights in 2002 from Defendant #6 FLAGSTAR BANK (Mich.) [CEO Joseph P. Campanelli-CEO, Perry Kendall V.P. Sales] and assigning New Mortgage Loan #1986684420 @ 6.125% and New Mortgage Loan# 1692005039 @ 6.875% to alter mortgage information, etc., on mortgages paid by Plaintiff John Doe #7 [son D.O.B. 02/22/57] and others. Defendant #5, JP MORGAN CHASE and others thereafter used, invested, accepted, collected and invested monthly payments, fee's, taxes, etc., from Plaintiff John Doe #7 [son D.O.B. 02/22/57] and others. Defendant #5 JP MORGAN CHASE [William or Bill Daley, James or Jamie Dimon- Chairmen, Helen Bagianis Br. Manager, Tiffany Saunders – Analyst Ex. Offic Chase Home Finance, Scott Laughlin-Personal Banker] became one of two financial institutions that maintained, invested and serviced the Chicago Police Pension Fund a/k/a the Retirement Board of the Policemen's Annuity & Benefit Fund [Ex. Director John J. Gallagher Jr.], in which Plaintiff John Doe #7 [son D.O.B. 02/22/57] continually contributed payments to for Retirement Purposes. Defendant #5 JP MORGAN CHASE [William or Bill Daley, James or Jamie Dimon- Chairmen, Helen Bagianis Br. Manager, Tiffany Saunders – Analyst Ex. Office Chase Home Finance, Scott Laughlin-Personal Banker], conspired with others or knew or should have known that their offices, agents, etc., conspired with others, involving acts of racketeering, theft, murder, child pornography, blackmail, concealment of a death, retaliatory investigations into the personal, financial and religious lives of Plaintiffs, cover up the murder investigation of Plaintiff John Doe #8[son/murdered D.O.B. 01/27/59], concealment of the death of Plaintiff Mr. John Doe [Biological Father/deceased D.O.B. 01/23/1918], to punish Plaintiff's and others for exposing discrimination involving two major Oil Companies conducting business in the United States of America and the financial abuse of the Chicago Police Pension Fund a/k/a/ the Retirement Board of the Policemen's Annuity & Benefit Fund [Ex. Director John J. Gallagher Jr.] supported by petitions, complaints, book/work Truth or Treason" 1st,2nd,3rd, 4th 5th Edition and paper back Truth or Treason 5th edition with additions, etc.

In April/2003 (approx.), Plaintiff John Doe #2 [son/deceased D.O.B. 07/05/47] a former 1967 U.S. ARMED SERVICES (Viet-Nam Era) member Dishonorably Discharged (approx.) 36 years prior from the U.S. Army was suspiciously granted a General Discharge in 2003 by Defendant #1 U.S. ARMED SERVICES.

2003 through 2012 (approx.) Defendant #9 [HEIL HEIL SMART & GOLEE - Bonnie Davis a/k/a Bonnie Escalante Property Manager and others] knowingly and intentionally altered, concealed documents, forms, by-laws, etc., used, collected, invested, monthly assessments, fees, water, taxes, etc., on behalf of DEARBORN VILLAGE LLC Thomas Snitzer and/or DEARBORN VILLAGE – 5, its Board members, WINDWARD ROOFING CO., etc., paid by Plaintiff John Doe #7 [son D.O.B. 02/22/57] and others. That Defendant #9 [HEIL HEIL SMART & GOLEE - Bonnie Davis a/k/a Bonnie Escalante Property Manager and others] conspired with others or knew or should have known that their offices, agents, etc., conspired with others, involving acts of racketeering, theft, murder, child pornography, blackmail, wiretap, concealment of a death, retaliatory investigations into the personal, financial and religious lives of Plaintiffs, cover up the murder investigation of Plaintiff John Doe

#8[son/murdered D.O.B. 01/27/59], concealment of the death of Plaintiff Mr. John Doe [Biological Father/deceased D.O.B. 01/23/1918], to punish Plaintiff's and others for exposing discrimination involving two major Oil Companies conducting business in the United States of America and the financial abuse of the Chicago Police Pension Fund a/k/a/ the Retirement Board of the Policemen's Annuity & Benefit Fund [Ex. Director John J. Gallagher Jr.] supported by petitions, complaints, book/work Truth or Treason" 1st,2nd,3rd, 4th 5th Edition and paper back Truth or Treason 5th edition with additions, etc.

2005, (approx.) Plaintiff John Doe #7 [son D.O.B. 02/22/57] and others paid (approx.) $34,003.38, for taxes on income received from a discrimination lawsuit to Defendant #1, U.S. TREASURY DEPT. IRS [Timothy F. Geithner – Secretary] These funds and others were used, invested, accepted by Defendant #1, U.S. TREASURY DEPT. IRS [Timothy F. Geithner – U.S. Secretary] who conspired with others or knew or should have known that their offices, agents, etc., conspired with others, involving acts of racketeering, theft, murder, child pornography, blackmail, intimidation etc., while conspiring to collect fee's, taxes, interest, etc., concealment of a death, retaliatory investigations into the personal, financial and religious lives of Plaintiffs, and aid the cover up of the murder investigation of Plaintiff John Doe #8[son/murdered D.O.B. 01/27/59], concealment of the death of Plaintiff Mr. John Doe [Biological Father/deceased D.O.B. 01/23/1918], to punish Plaintiff's and others for exposing discrimination involving two major Oil Companies conducting business in the United States of America and the financial abuse of the Chicago Police Pension Fund a/k/a/ the Retirement Board of the Policemen's Annuity & Benefit Fund [Ex. Director John J. Gallagher Jr.], supported by petitions, complaints, book/work Truth or Treason" 1st,2nd,3rd, 4th 5th Edition and paper back Truth or Treason 5th edition with additions, etc.

In 2005 (approx.) Plaintiff John Doe #7 [son D.O.B. 02/22/57] exposed the financial abuse of the Chicago Police Pension Fund a/k/a the Retirement Board of the Policemen's Annuity & Benefit Fund by hand delivering petitions, complaints, etc., to Defendant #1 [U.S. ATTORNEY NORTHERN DIST. - Patrick J. Fitzgerald and his office] on the 5th floor of the Federal Dirksen Building at 219 South Dearborn Street in Chicago, Illinois from 2005 through 2009. In 2006 (approx.), after notifying Defendant #1 [U.S. ATTORNEY NORTHERN DIST.– Patrick J. Fitzgerald and his office in 2005] of the abuse involving the Chicago Police Pension Fund, a/k/a The Retirement Board of the Policemen's Annuity & Benefit Fund, public news reports identified Defendant #4 CITY OF CHICAGO [Mayor Richard M. Daley] and the hiring of Defendant #1 [ASST. U.S. ATTORNEY NORTHERN DICTRICT - David Hoffman] as the new City of Chicago Inspector General.

Mr. Hoffman shortly thereafter mysteriously uncovered financial abuse involving the Chicago Police Pension Fund. Mr. Hoffman never contacted Plaintiff John Doe #7 [son D.O.B. 02/22/57] about the financial abuse or information Plaintiff John Doe #7 [son D.O.B. 02/22/57], supplied to his previous employer Defendant #1 [U.S. ATTORNEY NORTHERN DIST. – Patrick J. Fitzgerald and his office in 2005]. Defendant #4 CITY OF CHICAGO [Mayor Richard M. Daley and others] continually used, accepted, invested payments, fees, taxes, etc., paid by or on behalf of from Plaintiff John Doe #7 [son D.O.B. 02/22/57] and conspired with others, involving acts of racketeering, theft, murder, child pornography, blackmail, wiretap, intimidation etc., while conspiring to collect fee's, taxes, interest, etc., concealment of a death, retaliatory investigations into the personal, financial and religious lives of

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

Plaintiffs, cover up the murder investigation of Plaintiff John Doe #8[son/murdered D.O.B. 01/27/59], concealment of the death of Plaintiff Mr. John Doe [Biological Father/deceased D.O.B. 01/23/1918], to punish Plaintiff's and others for exposing discrimination involving two major Oil Companies conducting business in the United States of America and the financial abuse of the Chicago Police Pension Fund a/k/a/ the Retirement Board of the Policemen's Annuity & Benefit Fund [Ex. Director John J. Gallagher Jr.], supported by petitions, complaints, book/work Truth or Treason" 1st,2nd,3rd, 4th 5th Edition and paper back Truth or Treason 5th edition with additions, etc.

In 2005 (approx.), Plaintiff John Doe #7 [son D.O.B. 02/22/57] and others also notified Defendant #3 COOK COUNTY [States Attorney Richard Devine a/k/a Dick Devine, Chief Special Prosecutor Scott Cassidy a/k/a Scott E. Cassidy] of the financial abuse of the Chicago Police Pension Fund a/k/a The Retirement Board of the Policemen's Annuity & Benefit Fund.

October 12, 2006 (approx.), Plaintiff John Doe #7 [son D.O.B. 02/22/57] asked Defendant #3 COOK COUNTY [Chief Special Prosecutor Scott Cassidy] while being video taped "Why did you ignore the complaints about the Pension Board?" Approximately 45 days later in November/2006 and continuing throughout 2012, Plaintiff John Doe #7 [son D.O.B. 02/22/57] paid Defendant #1 [U.S. POSTAL SERVICE [Postmaster Master General John Potter a/k/a John E. Potter, Patrick R. Donahoe and others] for mail service. Plaintiff John Doe #7 [son D.O.B. 02/22/57] and others were repeatedly denied the same mailing services, etc., provided to other postal customers and/or had mail service repeatedly obstructed and abused by Defendant #1 U.S. POSTAL SERVICE [Postmaster Master General John Potter a/k/a John E. Potter, Patrick R. Donahoe and others] by intimidation, black mail, threats, delivering damaged and/or opened mail, stealing and/or removing mail from mail box, etc., removing tracking numbers, leaving blank forms and/or missing names, dates of delivery, signatures, stamps, suspicious mail, partially closed mail with tape, etc., which caused injury, fear and concern to Plaintiff's, John Doe #7 [son D.O.B. 02/22/57] and others.

Defendant #1 U.S. POSTAL SERVICE [Postmaster Master General John Potter a/k/a John E. Potter, Patrick R. Donahoe and others] continually used, accepted, collected, charged fees, invested monthly payments, etc., paid by Plaintiff John Doe #7 [son D.O.B. 02/22/57], etc., and knew or should have known that Defendant #1 U.S. POSTAL SERVICE [Postmaster Master General John Potter a/k/a John E. Potter, Patrick R. Donahoe], who conspired with others or knew or should have known that their offices, agents, etc., conspired with others, involving acts of racketeering, theft, murder, child pornography, blackmail, wiretap, intimidation etc., while conspiring to collect fee's, taxes, interest, etc., concealment of a death, retaliatory investigations into the personal, financial and religious lives of Plaintiffs, cover up the murder investigation of Plaintiff John Doe #8[son/murdered D.O.B. 01/27/59], concealment of the death of Plaintiff Mr. John Doe [Biological Father/deceased D.O.B. 01/23/1918], to punish Plaintiff's and others for exposing discrimination involving two major Oil Companies conducting business in the United States of America and the financial abuse of the Chicago Police Pension Fund a/k/a/ the Retirement Board of the Policemen's Annuity & Benefit Fund [Ex. Director John J. Gallagher Jr.], supported by petitions, complaints, book/work Truth or Treason" 1st,2nd,3rd, 4th 5th Edition and paper back Truth or Treason 5th edition with additions, etc.

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

On September 03, 2009 (approx.), Plaintiff's John Doe #7 [son D.O.B. 02/22/57] and John Doe #5 [son D.O.B. 11/13/52] hand delivered petitions to the Defendant #2, STATE OF ILLINOIS [Attorney General Lisa Madigan], [Secretary of State Jesse White], [Comptroller Daniel a/k/a Dan W. Hynes], at which time Defendant #2 STATE OF ILLINOIS [State Police Sgt. Carleton P. Riley Star#9341 & State Police Ofc. Tracy Grantlen Star #9345 and their commander] stole Sony dv videotape #series 03HC2027K2406, the personal property of Plaintiff John Doe #7 [son D.O.B. 02/22/57] The Sony dv tape #series 03HC2027K2406, contained recorded information of the financial abuse of the Chicago Police Pension Fund a/k/a The Retirement Board of the Policemen's Annuity & Benefit Fund and nearly $100,000,000 as identified in a May 30, 2009 Chicago Suntimes news story, recorded information about Defendant #5 JP MORGAN CHASE [William or Bill Daley, James or Jamie Dimon- Chairmen, Stephen B. Burke – Board Member, Helen Bagianis Br. Manager, Tiffany Saunders – Analyst Ex. Office Chase Home Finance, Scott Laughlin-Personal Banker] and Defendant #2, STATE OF ILLINOIS [Attorney General Lisa Madigan], [Secretary of State Jesse White], [Comptroller Daniel a/k/a Dan W. Hynes].

That Defendant #2 STATE OF ILLINOIS and Defendant #5 JP MORGAN CHASE [William or Bill Daley, James or Jamie Dimon- Chairmen, Stephen B. Burke - Board Member, Helen Bagianis Br. Manager, Tiffany Saunders – Analyst Ex. Office Chase Home Finance, Scott Laughlin-Personal Banker], who conspired with others or knew or should have known that their offices, agents, etc., conspired with others, involving acts of racketeering, theft, murder, child pornography, blackmail, concealment of a death, retaliatory investigations into the personal, financial and religious lives of Plaintiffs, cover up the murder investigation of Plaintiff John Doe #8[son/murdered D.O.B. 01/27/59], concealment of the death of Plaintiff Mr. John Doe [Biological Father/deceased D.O.B. 01/23/1918], to punish Plaintiff's and others for exposing discrimination involving two major Oil Companies conducting business in the United States of America and the financial abuse of the Chicago Police Pension Fund a/k/a/ the Retirement Board of the Policemen's Annuity & Benefit Fund [Ex. Director John J. Gallagher Jr.] supported by petitions, complaints, book/work Truth or Treason" 1st,2nd,3rd, 4th 5th Edition and paper back Truth or Treason 5th edition with additions,

(Approx.) September 2009 through October 2010, Defendant's #3 COOK COUNTY [Dorothy Brown – Clerk of the Court], [Anita Alvarez a/k/a/ Anita M. Alvarez – State's Attorney], [Thomas J. Dart, a/k/a Tom Dart, a/k/a Thomas Dart – Sheriff], [ Judge David A. Skryd, Associate Judge Clarence l. Burch, Judge Jim Ryan a/k/a James J. Ryan, Judge, Anita Rivkin-Carothers, etc.] aided by Defendant #1 U.S. POSTAL SERVICE [Postmaster Gen. John or John E. Potter, Patrick R. Donahoe, etc.,] who conspired with others or knew or should have known that their offices, agents, etc., conspired with others, involving acts of racketeering, theft, murder, child pornography, intimidation, blackmail, concealment of a death, retaliatory investigations into the personal, financial and religious lives of Plaintiffs, aid cover up of the murder investigation of Plaintiff John Doe #8[son/murdered D.O.B. 01/27/59], concealment of the death of Plaintiff Mr. John Doe [Biological Father/deceased D.O.B. 01/23/1918], to punish Plaintiff's and others for exposing discrimination involving two major Oil Companies conducting business in the United States of America and the financial abuse of the Chicago Police Pension Fund a/k/a/ the Retirement Board of the Policemen's Annuity & Benefit Fund [Ex. Director John J. Gallagher Jr.], knew or should have known that their offices, agents, etc., engaged in a conspiracy to commit racketeering in that a document issued by Defendant #3 COOK COUNTY [Dorothy Brown – Clerk of the Court] was mailed using the U.S. Mail which displayed , etc., was used to intimidate, harass,

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

threaten blackmail and embezzle and divert, etc., (approx.) $15,240.00 from Plaintiff's John Doe #7 [son D.O.B. 02/22/57] and John Doe #5 [son D.O.B. 11/13/52] using Amalgamated Bank of Chicago, supported by petitions, complaints, book/work Truth or Treason" 1st,2nd,3rd, 4th 5th Edition and paper back Truth or Treason 5th edition with additions,

In 2010 (approx.) Plaintiff John Doe #7 [son D.O.B. 02/22/57] was repeatedly harassed and intimidated by Defendant #5 [JP MORGAN CHASE – employee C.C.] while protesting outside JP Morgan Chase at 10 South Dearborn at Madison Street in Chicago and at home while exiting Unit 12 garage at 1812 South Clark Street "What did my Boss do to you?" after seeing a sign that read "Chairman William or Bill Daley Covered Up Chicago Police Pension Fund Abuse", and leaving a telephone message on a home answering machine used by Plaintiff John Doe #7 [son D.O.B. 02/22/57], Defendant #5 JP MORGAN CHASE [William or Bill Daley, James or Jamie Dimon-Chairmen, Stephen B. Burke-Board Member, Helen Bagianis Br. Manager, Tiffany Saunders – Analyst Ex. Office Chase Home Finance, Scott Laughlin-Personal Banker, employee C.C., etc.], conspired with others or knew or should have known that their offices, agents, etc., conspired with others, involving acts of racketeering, theft, murder, child pornography, blackmail, concealment of a death, retaliatory investigations into the personal, financial and religious lives of Plaintiffs, cover up the murder investigation of Plaintiff John Doe #8[son/murdered D.O.B. 01/27/59], concealment of the death of Plaintiff Mr. John Doe [Biological Father/deceased D.O.B. 01/23/1918], to punish Plaintiff's and others for exposing discrimination involving two major Oil Companies conducting business in the United States of America and the financial abuse of the Chicago Police Pension Fund a/k/a/ the Retirement Board of the Policemen's Annuity & Benefit Fund [Ex. Director John J. Gallagher Jr.]. Supported by petitions, complaints, book/work Truth or Treason" 1st,2nd,3rd, 4th 5th Edition and paper back Truth or Treason 5th edition with addition

On or about 01/20/2012, (approx.), Plaintiff John Doe #7 [son D.O.B. 02/22/57], paid Defendant #1 U.S. STATE DEPARTMENT [Hillary Rodham-Clinton Secretary] New 55th & Damen Currency Exchange Money Order #545803 amount $355.00, money order #545802 amount $325.00, money order #545803 amount $325.00 for three passports. Plaintiff John Doe #7 [son D.O.B. 02/22/57] paid Defendant #1 U.S. POSTAL SERVICE [Postmaster General John Potter a/k/a John E. Potter, Patrick R. Donahoe] $19.75 plus $2.30 green signature return receipt fee to deliver Petition #3608688, three original birth certificates, three completed passport applications and six photographs, along with the above money orders, via U.S. express mail EG:241531026 to Defendant #1U.S. STATE DEPARTMENT [Hillary Rodham Clinton-Secretary], who conspired with others or knew or should have known that their offices, agents, etc., conspired with others, involving acts of racketeering, theft, murder, child pornography, blackmail, intimidation etc., while conspiring to collect fee's, taxes, interest,
etc., the concealment of a death, retaliatory investigations into the personal, financial and religious lives of Plaintiffs, to aid the cover up of the murder investigation of Plaintiff John Doe #8[son/murdered D.O.B. 01/27/59], concealment of the death of Plaintiff Mr. John Doe [Biological Father/deceased D.O.B. 01/23/1918], to punish Plaintiff's and others for exposing discrimination involving two major Oil Companies conducting business in the United States of America and the financial abuse of the Chicago Police Pension Fund a/k/a/ the Retirement Board of the Policemen's Annuity & Benefit Fund [Ex. Director John J. Gallagher Jr.], supported by petitions, complaints, book/work Truth or Treason" 1st,2nd,3rd, 4th 5th Edition and paper back Truth or Treason 5th edition with additions, etc.

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

February 2011, Plaintiff John Doe #7 [son D.O.B. 02/22/57] was instructed by Defendant #1 [FBI Special Agent-n-Charge Robert Grant or Robert D. Grant and/or his agent (Doyle)] to go to the Department of Streets and Sanitation and gather information about a check. After gathering information of a crime Defendant #1 [FBI Special Agent-n-Charge Robert Grant or Robert D. Grant and/or his agent (Doyle)] stated "we are not going to investigate the matter." Plaintiff John Doe #7 [son D.O.B. 02/22/57] asked "Why not?" Defendant #1 [FBI Special Agent-n-Charge Robert Grant or Robert D. Grant and/or his agent (Doyle)] stated "Per my supervisor."

On or about February 2012, (approx.) Plaintiff John Doe #7 [son D.O.B. 02/22/57], witnessed by Plaintiff John Doe #5 [son D.O.B. 11/13/52] paid a $350.00 filing fee to Defendant #1 UNITED STATES [U.S. Clerk of the Court N.D. Thomas G. Bruton a/k/a/ Thimas G. Bruton] and soon thereafter received mail threats and intimidation from Defendant #1 UNITED STATES [U.S. Clerk of the Court N.D. Thomas G. Bruton a/k/a/ Thimas G. Bruton] after identifying Defendant #1 [U.S. Attorney Northern Dist.– Patrick J. Fitzgerald, Asst. U.S. Atty. David Hoffman] involvement in a conspiracy to cover-up the financial abuse of the Chicago Police Pension Fund, racketeering, retaliation, intimidation, murder, child pornography, concealment of a death and other abuse. Plaintiff's John Doe #7 [son D.O.B. 02/22/57] and others were unable to continue on with their case for fear of suffering further retaliation and injury from Defendant #1 [U.S. Attorney Northern Dist.– Patrick J. Fitzgerald, Asst. U.S. Atty. David Hoffman] and others .

Defendant #1 U.S. DEPARTMENT OF HEALTH EDUCATION & WELFARE [Kathleen Sebelius-Secretary], and others issued Social Security Numbers to Plaintiff's and knew or should have known that the Social Security Numbers issued were incorrect, etc., and/or would not be accepted with the their birth names, etc., and knew or should have known that Defendant #1 U.S. DEPARTMENT OF HEALTH EDUCATION & WELFARE [Kathleen Sebelius-Secretary] aided by the U.S. SOCIAL SECURITY ADMINISTRATION, Defendant #1 U.S. POSTAL SERVICE [Post Master General – John Potter a/k/a John E. Potter/ Patrick R. Donahoe], Defendant #1 U.S. ATTORNEY OFFICE Northern Dist. [Patrick J. Fitzgerald, Asst. U.S. Atty. David Hoffman], Defendant #1 U.S. STATE DEPARTMENT [Hillary Rodham Clinton-Secretary] Defendant #1 U.S.TREASURY DEPARTMENT [Timothy F. Geithner –Secretary], U.S. COMMERCE DEPARTMENT – Gary Locke & Mr. Bryson – Secretary / U.S. CENSUS BUREAU / U.S. LIBRARY OF CONGRESS – Maria A. Pallante-Registrar / Defendant #1 [FEDERAL BUREAU OF INVESTIGATIONS [ Special Agent n Charge Chicago Robert Grant a/k/a Robert D. Grant, Special Agent A. Doyle, Special Agent Jake Ruddy], Defendant #2 STATE OF ILLINOIS, Defendant #3 COOK COUNTY / Defendant #4 CITY OF CHICAGO / RETIREMENT BOARD of the POLICEMEN'S ANNUITY & BENEFIT FUND a/k/a CHICAGO POLICE PENSION FUND –John J. Gallagher Jr. Ex. Director / Defendant #5 JP MORGAN CHASE - JP MORGAN CHASE BANK- JP MORGAN CHASE HOME FINANCE [William or Bill Daley, James or Jamie Dimon-Chairmen, Stephen B. Burke-Board Member, Helen Bagianis Br. Manager, Tiffany Saunders – Analyst Ex. Office Chase Home Finance, Scott Laughlin-Personal Banker, employee C.C., / FORD MORTOR CO., FORD MOTOR CREDIT - Michael J. Bannister President, William Ford Jr.- President / JOYCE FORD - Chicago / SOUTH CHICAGO DODGE CHRYSLER JEEP / WALGREENS

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

CORPORATION - Alan C. McNally-Chairman, Gregory D. Wasson – President, Pharmacists Christa, Victoria, etc., / LOYOLA UNIVERSITY MEDICAL CENTER – Chairman Robert C. Flannigan / PRUDENTIAL INSURANCE CO., / NORTHWESTERN MEMORIAL HOSPITAL / NORTHWESTERN MEMORIAL PHYSICIANS GROUP / NORTHWESTERN MEMORIAL FACULTY FOUNDATION / ADVOCATE HEALTH CENTERS / BLUE CROSS BLUE SHIELD - Ms. Karen M. Atwood President, Mr. Raymond F. McCaskey- CEO / CHICAGO BOARD OF EDUCATION / FRANCES XAVIER WARDE SCHOOL Albert A. Boumenot-President , Mary Reiling - Head of School / HEIL HEIL SMART & GOLEE – Bonnie Davis a/k/a/ Bonnie Escalante – Property Manager / DEARBORN VILLAGE LLC – Thomas Snitzer-Property Manager, DEARBORN VILLAGE 5 – Board Members / PLS STORES / VISA / MASTER CARD / AMERICAN EXPRESS /AMALGAMATED BANK CHICAGO-David H. Dierlam V.P./ FIFTH THIRD BANK-Sheriff Cook County Tom Dart / RADIO SHACK / BOOST MOBILE SPRINT NEXTEL / T-MOBILE / VERIZON WIRELESS / CRICKET BROADBAND COMMUNICATION – Stewart Douglas Hutcheson CEO, Susan Swenson –CEO / DELTA AIRLINES – Daniel Carp Chairman, Richard H. Anderson CEO / SOUTHWEST AIRLINES – Gary C. Kelly – CEO / their offices, agents, etc., in a 33 year conspiracy or more, charging Plaintiff's fees, taxes, etc., collecting fees, taxes, fines, information, etc., while conspiring with others or knew or should have known that their offices, agents, etc., conspired with others, involving acts of racketeering, theft, murder, child pornography, blackmail, wiretaps, concealment of a death, retaliatory investigations, etc., into the personal, financial and religious lives of Plaintiffs, to aid and/or cover up the murder investigation of Plaintiff John Doe #8[son/murdered D.O.B. 01/27/59], and concealment of the death of Plaintiff Mr. John Doe [Biological Father/deceased D.O.B. 01/23/1918], to punish, humiliate, injure and forever harm Plaintiff's and others for exposing discrimination involving two major Oil Companies conducting business in the United States of America in 1996 and the financial abuse of the Chicago Police Pension Fund a/k/a/ the Retirement Board of the Policemen's Annuity & Benefit Fund [Ex. Director John J. Gallagher Jr.], in 2005, supported by petitions, complaints, book/work Truth or Treason" 1st,2nd,3rd, 4th 5th Edition and the paper back book Truth or Treason 5th edition with additions.

The abuse is also supported by **Petition 475, Petition Box 12, Petition BondD8583618, Petition 4th Edition, Petition TD4183670, Petition 5th Edition, Petition 5215, Petition 1515, Petition 26, Petition 5425-4316/4420-5039, Petition 3158 21957826 20098900 130, Petition-CCS1514020, Petition 1-12-cv-01273, Petition 5th Floor, 2nd Petition-5th Floor, Petition–ISR 60612, Petition P.A.B.F./CityofChicago, Petition-ISR 62901, Petition 3608688, Affidavit 268** (IL Gov Pat Quinn), **Petition 224USSHJC, Petition 1600VP, Petition 51, Petition 20215 U.S. Congress, Petition 2702SWA, Petition 400Gov, Petition ILipassBd, Petition FedResBd, Petition Chgo.Mayor's R.M. Daley, (R.Emanuel (city sticker)) / Chgo.City Clerk's M. DelValle, (S.A.Mendoza (city sticker)), Petition P.A.B.F./City of Chicago Petition CFD PensionBd, Petition FXWBd,** etc., "Truth or Treason" 1st, 2nd,3rd,4th,5th edition filed with the U.S. Library of Congress Registrar of Copyrights Maria A. Pallante or current Registrar and the paper back book "Truth or Treason" 5th edition [with additions].

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

FAMILY RESEARCH REVEALED

1979 - Plaintiff Jane Doe #3 [daughter/deceased D.O.B. 08/18/48] and Northwestern Memorial Hospital
Who is Freddie?

1982 – Plaintiff Mr. John Doe [Biological Father/deceased D.O.B. 01/23/1918]
Name concealed on Medical Examiners Death Certificate

2000 - (Approx.) Aunt Elizabeth age 80's [Augusta, GA.] contacted about her Birthday.

PLAINTIFF'S state that all Defendants knowingly and intentionally and/or knew or should have known that their offices, agents, etc., were involved in a conspiracy to commit racketeering. All Defendants knowingly and intentionally or knew or should have known that they, their office, agents, etc., conspired, aided, obstructed, concealed, etc., the murder investigation of Plaintiff John Doe #8[son/murdered D.O.B. 01/27/59] who was murdered while in the care of Defendants. All Defendants knowingly and intentionally and/or knew or should have known that their offices, agents, etc., conspired, aided, obstructed, concealed, etc., the death of Plaintiff Mr. John Doe [Biological Father/deceased D.O.B. 01/23/1918] on a "Medical Examiner's Certificate of Death" by Defendants #2, #3, #4. All Defendants knowingly and intentionally and/or knew or should have known that in 1979 they conspired, aided, obstructed, concealed, etc., the identity of Plaintiff Mrs. Jane Doe [Birth Mother D.O.B. 07/04/1923 and 07/03/1921] of Plaintiff Jane Doe #3 [daughter/deceased D.O.B. 08/18/48] by Defendants #2, #3, #4. All Defendants knowingly and intentionally and/or knew or should have known that they accepted, profited, invested, stole, and used funds, charged fee's, taxes, services, insurance, etc., paid by Plaintiff's while attempting to conceal their involvement in a retaliatory investigation into the personal, financial and religious life of plaintiffs and others, while conspiring to commit racketeering and punish Plaintiff's for exposing abuse in 1996 involving Oil Companies and the 2005 financial abuse of the Chicago police pension fund a/k/a The Retirement Board of the Policemen's Annuity & Benefit Fund.

PLAINTIFF'S pray that this honorable court will grant Plaintiff's damages in the amount of $126,000,000.00 and punitive damages for the retaliation, pain, suffering, humiliation, loss of enjoyment of a complete life, etc., plaintiffs have endured over the past 70 years and the retaliation, blackmail, child pornography, theft, humiliation and other abuse that follwed exposing discrimination at Oil Companies and the financial abuse of the Chicago Police Pension Fund a/k/a/ The Retirement Board of the Policemen's Annuity & Benefit Fund [John J. Gallagher-Ex. Director].

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

PLAINTIFF's pray that this honorable court prohibit JP MORGAN CHASE from buying, selling, and investing in any Real-estate. That JP MORGAN CHASE be prohibited from banking, operating accounts, investing funds, holding funds, etc., and any and all business involving public funds, savings account, checking accounts, money market accounts, etc. in the United States of America, in order to prevent the conspiracy, humiliation, racketeering, retaliation, blackmail, child pornography, murder, etc., that Plaintiff's have suffered for exposing abuse involving JP MORGAN CHASE and others from happening to any other citizen in the United States of America.

JURISDICTION
This honorable court has jurisdiction because some defendants are members of and/or represent or were employed by the U.S. Government.

PLAINTIFF - Et.al
John Doe #7 [son D.O.B. 02/22/57]
1812 South Clark Street
Unit - 12, a/k/a Unit - 12C, altered to Apt-12
Chicago, IL 60616

John Doe #7