# UNITED STATES DISTRICT COURT
for the
## Northern District of Illinois

| | | |
|---|---|---|
| John Doe #1 *et al.*<br>*Plaintiffs*<br>v.<br>United States of America *et al.*<br>*Defendants* | ) | Civil Action No. 12 C 9052 |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* ______________________ recover from the defendant *(name)* ______________________ the amount of ______________________ dollars ($ ______ ), which includes prejudgment interest at the rate of ______ %, plus postjudgment interest at the rate of ______ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendants *(name)* ______________ recover costs from the plaintiff ______________

☒ other:

The case is dismissed without prejudice.

This action was *(check one)*:

☐ tried by a jury with Judge ______________________ presiding, and the jury has rendered a verdict.

☐ tried by Judge ______________________ without a jury and the above decision was reached.

☒ decided by Judge Suzanne B. Conlon sua sponte.

Date: November 14, 2012

Thomas G. Bruton, Clerk of Court

/s/ Marsha Glenn
Marsha Glenn, Deputy Clerk

sbc